AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

Bryan Williams

*Plaintiff(s)*

v.

Umesh C. Patel; Nayna U. Patel and Does 1-10, inclusive

*Defendant(s)*

Civil Action No. 2:22-cv-00558-JAK (PVCx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Umesh C. Patel - 1896 Pacific Ave, Long Beach, CA 90806,
Nayna U. Patel - 1896 Pacific Ave, Long Beach, CA 90806

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ross Cornell, Esq. (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email: rc@rosscornelllaw.com
P.O. Box 1989 # 305
Big Bear Lake, CA 92315
Phone: (562) 612-1708
Fax: (562) 394-9556

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry K. Gray
*CLERK OF COURT*

Date: 01/26/2022

*Signature of Clerk or Deputy Clerk*